THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ  08016
(609) 386-8700
TRUSTEE

_____

In re

IRIS ACEVEDO

Debtor.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Chapter 7
Case No. 16-22353(KCF)

CERTIFICATION IN OPPOSITION
TO STAY MOTION

Hearing Date: 11/08/16 at 10:00 AM
Argument: Requested

_____

Thomas J. Orr, certifies as follows:

1. I am the Chapter 7 Trustee.  The debtor's petition was filed on June 27, 2016.  The 341(a) meeting was held on August 17, 2016.

2. Ms. Acevedo did not schedule this property (and perhaps several others).

3. I have scheduled a continued 341(a) meeting on October 24, 2016 at 2:00 PM in my office.  I need more information concerning Ms. Acevedo's interest in real estate and/or other assets.

4. I certify that the statements made by me above are true.  I am aware that if they are willfully false, I am subject to punishment.

_____
/S/Thomas J. Orr

Dated:  October 17, 2016