THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ 08016
(609)386-8700
CHAPTER 7 TRUSTEE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re

IRIS ACEVEDO

Chapter 7
Case No.: 16-22353

Judge: KCF

Debtor.

## APPLICATION FOR THE ENTRY OF A
## CONSENT ORDER EXTENDING DEADLINES

I, Thomas J. Orr, Chapter 7 Trustee, in furtherance of my duties and responsibilities under 11 U.S.C. §704(a), respectfully submits this Application for the entry of a Consent Order Extending Deadlines by the Trustee or United States Trustee for filing a Complaint objecting to discharge pursuant to 11 U.S.C. §727, or for the filing of a Complaint of non-dischargeability pursuant to 11 U.S.C. §523, or filing a motion seeking to dismiss the petition pursuant to 11 U.S.C. §§ 707(a) or 707(b), or for the filing of a motion objecting to exemptions, be extended to January 30, 2017.

In support of this Application, Thomas J. Orr represents as follows:

1. On, 06/27/16, the debtor(s) filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code.

2. The 341(a) meeting was originally scheduled for 07/25/16. The debtor's tax returns listed 11 properties while her petition listed only one. I have referred this case to the U.S. Trustee as possible abuse and am investigating it further. An extension of deadlines is necessary. I have secured the consent of Debtor's counsel to further extend the time to object to discharge pursuant to 11 U.S.C. §727, or for the filing of a Complaint of non-dischargeability pursuant to 11 U.S.C. §523, or filing a motion seeking to dismiss the petition pursuant to 11 U.S.C. §§ 707(a) or 707(b), or for the filing of a motion objecting to exemptions, be extended to January 30, 2017.

3. I request the entry of the attached consent order extending deadlines.


Date:  October 17, 2016           By:  /s/Thomas J. Orr
                                       Thomas J. Orr
                                       Chapter 7 Trustee