UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ 08016
(609)386-8700
ATTORNEY FOR TRUSTEE

Order Filed on October 18, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

IRIS ACEVEDO,

Debtor.

Case No. 16-22353

Judge: KCF

Chapter: 7

## CONSENT ORDER EXTENDING DEADLINES

The relief set forth on the following page is hereby **ORDERED**

**DATED: October 18, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**

Debtor: Iris Acevedo

Case No: 16-22353 (KCF)

Caption of Order: Consent Order Extending Deadlines


The Debtor, by and through counsel, agree that the deadline by the Trustee or United States Trustee for filing a Complaint objecting to discharge pursuant to 11 U.S.C. Section 727, or for the filing of a Complaint of non-dischargeability pursuant to 11 U.S.C. Section 523, or filing a motion seeking to dismiss the petition pursuant to 11 U.S.C. Sections 707(a) or 707(b), or for the filing of a motion objecting to exemptions, is extended to January 30, 2017.



_____

/s/Thomas J. Orr

Trustee

Dated: <u>October 17, 2016</u>



_____

/s/Richard J. Pepsny

Attorney for Debtor

Dated: <u>October 17, 2016</u>