UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
Attorney for Chapter 7 Trustee

Order Filed on October 25, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

IRIS ACEVEDO

Case No.:   16-22353
Chapter:    7
Judge:      KCF

# ORDER AUTHORIZING RETENTION OF

## THOMAS J. ORR, ESQ

The relief set forth on the following page is **ORDERED**.

**DATED: October 25, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain <u>Thomas J. Orr</u> as <u>   Attorney for Chapter 7 Trustee</u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:

   | |
   |---|
   | Thomas J. Orr |
   | 321 High Street |
   | Burlington, NJ 08016 |

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-22353-KCF
Iris Acevedo                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin           Page 1 of 1         Date Rcvd: Oct 25, 2016
                       Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2016.
db        +Iris Acevedo,    155 Catherine Street,    Red Bank, NJ 07701-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2016 at the address(es) listed below:
      Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed Certi bkecf@milsteadlaw.com, alubin@milsteadlaw.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicer for Springleaf Home Equity, Inc. cmecf@sternlav.com
      Richard J. Pepsny    on behalf of Debtor Iris  Acevedo pepsnylawfirm@msn.com
      Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
      Thomas   Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
                                                                                                                                                TOTAL: 6