UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
MILSTEAD & ASSOCIATES, LLC
By: Andrew M. Lubin Atty. ID: AL0814
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
File No. 218914
Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed Certificates, Series 2006-WL2

In Re:

Iris Acevedo

Case No.: 16-22353-KCF

Adv. Pro. No.:

Chapter: 7

Hearing Date: November 8, 2016

Judge: Kathryn C. Ferguson

## ADJOURNMENT REQUEST

1. I, Andrew M. Lubin,

    ☒ am the attorney for: Movant,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion for Relief from the Automatic Stay

    Current hearing date and time: November 8, 2016 at 10:00 a.m.

    New date requested: December 6, 2016 at 10:00 a.m.

    Reason for adjournment request: Chapter 7 Trustee, Thomas Orr, Esquire, has filed an objection to the motion, as the subject property was not listed on Debtor's petition and Mr. Orr needs more time to ascertain the Debtor's interest. Additionally, Mr. Orr has filed a Motion To Dismiss The Petition, which is returnable on shortened notice on November 8, 2016.

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: November 3, 2016                                /s/ Andrew M. Lubin
                                                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 12/6/16 at 10:00 a.m.          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*