UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Thomas J. Orr
321 High Street
Burlington, NJ  08016
(609)386-8700
Attorney for Trustee

Order Filed on November 10, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-22353 (KCF)

Hearing Date:  November 22, 2016

Judge: Kathryn C. Ferguson

In re

IRIS ACEVEDO,

Debtor.

## ORDER DISMISSING CASE

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: November 10, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**

Debtor: IRIS ACEVEDO
Case No. 16-22353 (KCF)
Caption of Order: Order Dismissing Case

The Court having considered the Trustee's motion and for good cause shown:

a) the debtor's case is dismissed;

b) the debtor is barred from refiling another chapter 7 bankruptcy petition for 6 months from the date of this order; and

c) the debtor shall pay Thomas J. Orr, Esq. the sum of $ 2,200.00        counsel fees and costs within 10 days of the date of this order

United States Bankruptcy Court
District of New Jersey

In re:  
Iris Acevedo  
    Debtor

Case No. 16-22353-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 10, 2016
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2016.
```
db             +Iris Acevedo,    155 Catherine Street,    Red Bank, NJ 07701-1243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2016 at the address(es) listed below:
```
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach
               Mortgage Loan Trust 2006-WL2, Asset-Backed Certi bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for Merrill dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicer for
               Springleaf Home Equity, Inc. cmecf@sternlav.com
              Richard J. Pepsny    on behalf of Debtor Iris  Acevedo pepsnylawfirm@msn.com
              Thomas  Orr     tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas  Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas J Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, xerna@aol.com
                                                                                             TOTAL: 7
```